**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jon Lester Hay                      CHAPTER 7
        Kristine Elizabeth Hay
               Debtor(s)                 BKY. NO. 21-70379 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2020- NR1 Mortgage Backed Notes, Series 2020-NR1ER and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
05 Oct 2021, 15:26:12, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com