**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jon Lester Hay<br>Kristine Elizabeth Hay<br><u>Debtor(s)</u> | CHAPTER 7<br><br>BKY. NO. 21-70379 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
07 Oct 2021, 15:48:02, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com