Form 319

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jon Lester Hay** | : | Case No. 21−70379−JAD |
| **Kristine Elizabeth Hay** | : | |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | |
| | : | |

## ORDER

   In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a **Statement of Completion** evidencing completion of a personal financial management course, or alternatively, a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

   In this case, the Debtor(s) failed to timely file a Certification substantially conforming to *Official Form No. 423*, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

   *AND NOW*, this **The 29th of December, 2021**, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order.** Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.


Dated: December 29, 2021              Jeffery A. Deller
                              United States Bankruptcy Judge

cm: Debtor
   All creditors and parties−in−interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-70379-JAD |
| Jon Lester Hay | Chapter 7 |
| Kristine Elizabeth Hay | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 2 |
| Date Rcvd: Dec 29, 2021 | Form ID: 319 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jon Lester Hay, P.O. Box 134, Salisbury, PA 15558-0134 |
| jdb | #+ | Kristine Elizabeth Hay, P.O. Box 134, Salisbury, PA 15558-0134 |
| 15419131 | + | ARstrat, 14141 Southwest FWY, Ste 300, Sugar Land, TX 77478-4630 |
| 15419132 | + | Chan Soon-Shiong Medical Center at Windb, 600 Somerset Avenue, Windber, PA 15963-1331 |
| 15419134 | + | Collection Svc Center, Attn: Bankruptcy Dept., P.O. Box 1613, Cumberland, MD 21501-1613 |
| 15419136 | + | Conemaugh Medical Center Meyersdale, 200 Hospital Drive, Meyersdale, PA 15552-1249 |
| 15419138 | | Credit Collection Services, Attn: Bankruptcy, 725 Canton Street, Needham Heights, MA 02494 |
| 15419139 | + | Eastern Revenue, Inc., Attn: Bankruptcy, 601 Dresher Road, Suite 301, Horsham, PA 19044-2238 |
| 15419140 | + | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15419141 | + | First Peoples Community Bank, Attn: Bankruptcy, P.O. Box 5149, Cumberland, MD 21505-5149 |
| 15419142 | + | IC Systems, Inc., Attn: Bankruptcy, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 15419144 | | L. Bruce Williams, DDS, 95 Grant Street, Salisbury, PA 15558 |
| 15419147 | | Mr. Cooper, Attn: Bankruptcy, P.O. Box 619098, Salt Lake City, UT 84165 |
| 15419148 | | Quest Diagnostics, P.O. Box 64378, Baltimore, MD 21264-4378 |
| 15419149 | + | Quest Diagnostics Venture, LLC, P.O. Box 740717, Cincinnati, OH 45274-0717 |
| 15419150 | + | Select Portfolio Servicing, Inc., Attn: Bankruptcy Department, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15419151 | + | Somerset Hospital, 225 S. Center Avenue, Somerset, PA 15501-2088 |
| 15419152 | + | Thomas Medical Supply, 327 Main Street #1, Meyersdale, PA 15552-1035 |
| 15419153 | + | Wayne Kabina, 131 Beachy Avenue, Salisbury, PA 15558-3005 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15419133 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 29 2021 23:14:00 | Collection Service Center, Inc., 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15419135 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2021 23:14:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15419137 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 29 2021 23:14:00 | Credit Collection Services, P.O. Box 337, Norwood, MA 02062-0337 |
| 15419140 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 29 2021 23:14:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15419142 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 29 2021 23:14:00 | IC Systems, Inc., Attn: Bankruptcy, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 15419143 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2021 23:14:00 | Jefferson Capital System, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15419145 | + | Email/Text: support@ljross.com | Dec 29 2021 23:14:00 | LJ Ross Associates, LLC, P.O. Box 6099, Jackson, MI 49204-6099 |
| 15419146 | + | Email/Text: bankruptcy@lmmcollections.com | Dec 29 2021 23:14:00 | Lockhart Morris & Montgomery, Inc., Attn: |

Case 21-70379-JAD Doc 19 Filed 12/31/21 Entered 01/01/22 00:25:30 Desc Imaged
Certificate of Notice Page 3 of 3

| District/off: 0315-7 | User: mgut | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Dec 29, 2021 | Form ID: 319 | Total Noticed: 25 |

Bankruptcy, 1401 N. Central Expressway, Ste 225, Richardson, TX 75080-4456

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Towd Point Mortgage Trust 2019-4, U.S. Bank Nation |
| cr | | U.S. Bank National Association, not in its individ |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:

**Name**    **Email Address**

Eric E. Bononi
bankruptcy@bononilaw.com pa69@ecfcbis.com

Jeffrey Wayne Ross
on behalf of Debtor Jon Lester Hay jross@shepleylaw.com bk@shepleylaw.com

Jeffrey Wayne Ross
on behalf of Joint Debtor Kristine Elizabeth Hay jross@shepleylaw.com bk@shepleylaw.com

Maria Miksich
on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as Indenture Trustee mmiksich@kmllawgroup.com

Maria Miksich
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the CIM TRUST 2020- NR1 Mortgage Backed Notes, Series 2020-NR1ER mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6